# OUTTEN & GOLDEN LLP

**MEMO ENDORSED**

*Advocates for Workplace Fairness*

November 26, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 11-27-13

**VIA EMAIL**
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Anwar v. Transportation Systems, Inc. d/b/a Executive Transportation Group, et al.*, No. 13 Civ. 2666 (RJS)

Dear Judge Sullivan:

We represent Plaintiffs and the putative class and collective in the above-referenced matter. As previously ordered by the Court, the parties have been engaged in a process of targeted discovery in advance of mediation. Plaintiffs now write jointly with Defendants to request an extension of the deadlines to complete that discovery, to engage in mediation, and to provide the Court with status updates. A proposed revised scheduling order is enclosed with this letter.

The current scheduling order (ECF No. 67) provides for all discovery to be completed by November 27, 2013 and for mediation to be completed on or before December 13, 2013. Due to unforeseen circumstances, the parties have been unable to complete all discovery originally anticipated, and in light of recent developments in the law wish to conduct additional discovery in order to be better prepared for a productive mediation. Accordingly, the parties therefore request a 45-day extension of all deadlines, as follows:

|  | **Current Deadline:** | **Extend to:** |
|---|---|---|
| Time to complete discovery | November 27, 2013 | January 13, 2014 |
| Deadline to engage in mediation | December 13, 2013 | January 27, 2014 |
| Deadline to submit a joint status report | December 20, 2013 | February 3, 2014 |

The parties have jointly requested one prior extension of the above deadlines, which the Court granted on October 10, 2013.

We thank the Court for its attention to this matter.

Respectfully submitted,

Michael J. Scimone

The Honorable Richard J. Sullivan
November 26, 2013
Page 2 of 2

Enclosures

CC:    Eric J. Wallach, Esq.
        Joseph A. Piesco, Jr., Esq.
        Elisheva M. Hirshman, Esq.
        Wayne Ian Baden, Esq.
        Adam T. Klein, Esq.
        Stephen H. Kahn, Esq.

> Having waited until the day before discovery was to conclude and offering no justification other than unnamed "unforeseen circumstances," the parties' request for a further extension of the discovery deadlines in this action is DENIED. The parties shall comply with the deadlines in the Court's October 10, 2013 Order, including by appearing for an initial conference on January 8, 2014 at 1:00 p.m. in Courtroom 905 of the Thurgood Marshall Courthouse.

SO ORDERED
Dated: 11/26/13

RICHARD J. SULLIVAN
U.S.D.J.