## OUTTEN & GOLDEN LLP

**MEMO ENDORSED**

*Advocates for Workplace Fairness*

December 11, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-16-13

**VIA EMAIL**
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Anwar v. Transportation Systems, Inc. d/b/a Executive Transportation Group, et al.*, No. 13 Civ. 2666 (RJS)

Dear Judge Sullivan:

We represent Plaintiffs in the above-referenced matter.

We write jointly with Defendants to respectfully request that the Court reconsider its November 27, 2013 denial of the parties' request for an extension of the deadline to mediate and allow them a brief extension from December 13, 2013 to January 7, 2014. The parties have confirmed with Vivian Shelanski, the mediator, that she is available on that date. The parties were not able to mediate sooner than January 7th because of Ms. Shelanski's schedule and because, until yesterday, they were still in the process of determining whether, based on the pre-mediation discovery and the recent denial of class certification in a similar case, *Saleem v. Corporate Transportation Group., Ltd.*, No. 12 Civ. 8450, 2013 WL 6061340 (S.D.N.Y. Nov. 15, 2013), mediation should go forward at all and if so, under what terms. The parties have now resolved those issues and are prepared to mediate and attempt to resolve the case. This is the parties' third request for an extension of the mediation deadline.

The parties will abide by the Court's order that they submit a proposed case management plan by December 20, 2013.

We thank the Court for its consideration of the parties' request.

Respectfully submitted,

Michael J. Scimone

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
One Embarcadero Center, 38th Floor, San Francisco, CA 94111  Tel 415-638-8800  Fax 415-638-8810
og@outtengolden.com   www.outtengolden.com

CC:  Eric J. Wallach, Esq. (via Email)
     Joseph A. Piesco, Jr., Esq. (via Email)
     Elisheva M. Hirshman, Esq. (via Email)
     Wayne Ian Baden, Esq. (via Email)


     Adam T. Klein, Esq.
     Stephen H. Kahn, Esq.
     Olivia J. Quinto

```
The parties' request to adjourn the deadline for mediation to January 7,
2014 is GRANTED.  The parties shall continue to comply with the Court's
Orders -- including those dated August 26, 2013, October 10, 2013, and
November 27, 2013 -- to submit a joint letter and proposed case
management plan by December 20, 2013 and appear for an initial conference
on January 8, 2014 at 1:00 p.m.
```

SO ORDERED
Dated: 12/11/13

RICHARD J. SULLIVAN
U.S.D.J.