OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

March 17, 2014

**Via ECF and Email**
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: <u>Anwar v. Transportation Systems, Inc.</u>, No. 13 Civ. 2666 (RJS)

Dear Judge Sullivan:

  We represent the Plaintiffs in the above-referenced case. Pursuant to the Court's March 7, 2014 Order, we submit this joint status update regarding the parties' settlement discussions.

  The parties have negotiated a detailed, written settlement agreement, which we have recommended to the named Plaintiffs. Despite several discussions with them, the named Plaintiffs are not yet ready to sign the agreement because of workplace issues that we do not believe are related to the claims in the case or the matters covered by the settlement. We believe that bringing the named Plaintiffs to a conference with a U.S. Magistrate Judge would be useful in helping them to understand their rights and options. Counsel for Defendants is aware of these circumstances and does not oppose this request.

  We thank the Court for its consideration of our request.

          Respectfully submitted

          Rachel Bien

cc: Eric J. Wallach, Esq. (via Email)
   Joseph A. Piesco, Jr., Esq. (via Email)
   Elisheva M. Hirshman, Esq. (via Email)
   Wayne Ian Baden, Esq. (via Email)
   Stephen Kahn, Esq. (via Email)
   Michael J. Scimone, Esq.

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
203 North LaSalle Street, Suite 2100, Chicago, IL 60601  Tel 312-924-4888  Fax 646-509-2075
One Embarcadero Center, 38th Floor, San Francisco, CA 94111  Tel 415-638-8800  Fax 415-638-8810
og@outtengolden.com   www.outtengolden.com