| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **KAHN OPTON, LLP** |
| Adam T. Klein | Stephen H. Kahn |
| Rachel Bien | One Parker Plaza |
| Michael J. Scimone | Fort Lee, New Jersey 07024 |
| 3 Park Avenue, 29th Floor | Telephone: (201) 947-9200 |
| New York, New York 10016 | |
| Telephone:  (212) 245-1000 | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUHAMMAD ANWAR, ILTAFAT HUSSAIN, AHMED NADEEM, SALMAN DURRANI, and SHEIKH Z. AHMAD, individually and on behalf of all others similarly situated, | No. 13 Civ. 2666 (GHW) |
| Plaintiffs, | |
| v. | |
| TRANSPORTATION SYSTEMS, INC. d/b/a EXECUTIVE TRANSPORTATION GROUP; LOVE CORPORATE CAR INC.; N.Y. ONE CORPORATE CAR INC.; LOVE LIMOUSINE NYC, LTD.; SUMMIT CORPORATE CAR INC.; N.Y. ACE CORP.; NEWPORT CORPORATE CAR, INC.; JOHN L. ACIERNO; JOHN L. "CHIP" ACIERNO III; and JEFFREY ACIERNO, | |
| Defendants. | |

### NOTICE OF MOTION FOR APPROVAL OF
### <u>FAIR LABOR STANDARDS ACT SETTLEMENT</u>

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Fair Labor Standards Act Settlement ("Approval Motion"), in the Declaration of Rachel Bien ("Bien Decl."), and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)     approving the Joint Stipulation of Settlement and Release, attached as Exhibit A to the Bien Decl.;

(2) approving the Proposed Settlement Notice, attached as Exhibit B to the Bien Decl.;

(3) approving service payments of $1,000 each for Plaintiffs Muhammad Anwar, Iltafat Hussain, Ahmed Nadeem, Salman Durrani, and Sheikh Z. Ahmad and for opt-in Plaintiff Mohammad Faridi;

(4) approving Plaintiffs' counsel's request for one-third of the settlement fund ($120,000) as their attorneys' fees and reimbursement of $20,000 in out-of-pocket costs; and

(5) granting any other relief that the Court deems just and proper.

\*     \*     \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: November 11, 2014
       New York, New York

Respectfully submitted,

By:   /s/ Rachel Bien_____

**OUTTEN & GOLDEN LLP**
Adam T. Klein
Rachel Bien
Michael J. Scimone
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

**KAHN OPTON, LLP**
Stephen H. Kahn
One Parker Plaza
Fort Lee, New Jersey 07024
Telephone: (201) 947-9200

*Attorneys for Plaintiffs*
