# Exhibit B

# COURT-AUTHORIZED NOTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## You may be entitled to a payment from a collective action settlement.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- A group of current and former drivers (collectively "Plaintiffs") sued Transportation Systems, Inc. d/b/a Executive Transportation Group, several franchisor companies, and other entities and individuals (referred to herein collectively as "ETG"), on behalf of themselves and other similarly situated drivers, claiming that ETG violated the Fair Labor Standards Act, New York Labor Law, and New Jersey Wage and Hour Law by, among other things, failing to pay overtime for hours worked over forty in a workweek.

- ETG has categorically denied the claims and has asserted, among other things, that the Plaintiff drivers are independent contractors and thus not entitled to overtime pay.

- Without admitting any of Plaintiffs' allegations, ETG has agreed to pay $360,000.00 into a settlement fund to be divided among the Plaintiffs, the individuals who previously joined the lawsuit by "opting in" and filing consent forms with the Court (collectively, "Settlement Participants"), their counsel, and the third-party Claims Administrator who administers the settlement.

- Based on the formula set forth in Paragraph 5 below, and approved by the Court, you are entitled to receive approximately $_____.

- Your legal rights may be affected, and you have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **OBTAIN A PAYMENT** | You do not need to do anything to participate in the settlement and obtain a payment. By doing nothing, you will be sent a check representing your settlement amount and, in exchange, will give up any rights to unpaid wages, including overtime, against ETG. |

1
**Questions?**
**Call Mike Scimone or Olivia Quinto at:**
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
212-245-1000 or toll-free at 877-468-8836

| | |
|---|---|
| **EXCLUDE YOURSELF** | If you do not wish to participate in the settlement, you may exclude yourself by following the procedure set forth in Paragraph 9 below.  **You must postmark your exclusion request by [insert date 45 days from date of mailing] in order for your exclusion to be valid.**<br><br>By excluding yourself, you give up any right to receive a payment from this settlement.  You will, however, keep any rights you may have to sue ETG about the same legal claims as in this lawsuit. |

## BASIC INFORMATION

### 1. What is the purpose of this notice?

The purpose of this notice is to inform you of your rights and options **and the deadlines to exercise them** under the settlement.

### 2. What is this lawsuit about?

Plaintiffs brought claims on behalf of themselves and similarly situated drivers alleging that ETG violated federal, New York, and New Jersey wage and hour laws by, among other things, failing to pay them overtime for hours worked over forty in a workweek.  ETG denies that the claims have merit or that it violated the law.

The Honorable Gregory H. Woods, United States District Court Judge for the Southern District of New York, is overseeing this lawsuit.  The lawsuit is known as *Anwar v. Transportation Systems, Inc.*, No. 13 Civ. 2666.

### 3. Why is there a settlement?

The Court did not decide in favor of Plaintiffs or ETG.  Both sides believe they would have prevailed in this case, but there was no decision in favor of either party.  Instead, both sides agreed to a settlement.  That way, they avoid the costs, delays and uncertainties associated with a trial, and the people affected will get compensation.  Plaintiffs and their attorneys think the settlement is the best result for all potential settlement participants.

2
Questions?
Call Mike Scimone or Olivia Quinto at:
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
212-245-1000 or toll-free at 877-468-8836

# THE SETTLEMENT BENEFITS – WHAT YOU GET

### 4. What does the settlement provide?

ETG has agreed to pay $360,000.00 into a settlement fund to be divided among the Plaintiffs and Settlement Participants, their counsel, and the third-party Claims Administrator who administers the settlement, as follows:

(1) Court-approved attorneys' fees of up to one-third of the settlement fund and costs of no more than $20,000 will be allocated to Plaintiffs' counsel. In addition, settlement administration fees of approximately $10,000 will be allocated to the Claims Administrator.

(2) One-thousand dollars ($1,000) each will be allocated to the five Plaintiffs and one opt-in Plaintiff who brought the lawsuit and/or who participated in discovery, in recognition of the services they provided to further the litigation, including having their depositions taken and providing documents in response to ETG's document requests.

(3) The remainder of the settlement will be divided among Plaintiffs and Settlement Participants based on the number of weeks that they provided services as drivers between April 23, 2010 and October 1, 2014.

### 5. How much will my payment be?

Your settlement amount is based on the number of weeks during which you provided driving services and paid dues, or did not have to pay dues which would otherwise have been due and owing, between April 23, 2010 and October 1, 2014. ETG's records show that you provided ____ weeks of service during that period. Based on the formula in the settlement agreement, you will be entitled to receive approximately $ _____.

# HOW YOU GET A PAYMENT

### 6. How can I get my payment?

Checks will be mailed to all Settlement Participants who do not exclude themselves from the settlement, as explained in Paragraph 9 below. If your address changes before you receive your settlement check, please contact the Claims Administrator at the address below to update your mailing address:

**[INSERT CLAIMS ADMINISTRATOR CONTACT]**

3
**Questions?**
**Call Mike Scimone or Olivia Quinto at:**
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
212-245-1000 or toll-free at 877-468-8836

### 7. When will I get my settlement payment?

We anticipate that checks will be mailed by early 2015. If you have any questions regarding the status of your payment, please contact Plaintiffs' counsel at the telephone number below.

### 8. What am I giving up by participating in the settlement?

Unless you exclude yourself (as explained in Paragraph 9 below), you are releasing your wage and hour claims against ETG for the period between April 23, 2010 and **[INSERT DATE OF COURT'S APPROVAL OF SETTLEMENT]**. That means that you cannot sue, continue to sue, or be a party of any other lawsuit against ETG based on the claims that were brought in the lawsuit or based on the same set of facts as alleged in the lawsuit for that period of time. It also means that all of the Court's Orders will apply to you and legally bind you.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you want to keep the right to sue ETG on your own about the legal issues in this case, then you must exclude yourself.

### 9. How do I exclude myself from the settlement?

To exclude yourself from the settlement, you must send a letter by First Class U.S. mail stating, "I elect to exclude myself from the settlement in *Anwar v. Transportation Systems, Inc*." You must include your name, address, telephone number, and your signature. Your exclusion request must be received no later than **[INSERT DATE 45 DAYS FROM DATE OF MAILING]** and must be mailed to:

**[CLAIMS ADMINISTRATOR ADDRESS TO BE INSERTED]**

<u>If you ask to be excluded from the settlement, you will not receive a settlement payment and will be dismissed without prejudice from the lawsuit</u>. You will not be legally bound by the settlement and will retain any claims you may have against ETG, which you may file in a separate lawsuit if you wish. Excluding yourself from the lawsuit may have consequences for you, including barring claims that are not filed or re-filed by the applicable statute of limitations.

## THE LAWYERS REPRESENTING YOU

### 10. Do I have a lawyer in this case?

Yes. The lawyers at Outten & Golden LLP and Kahn Opton LLP represent you in this lawsuit. More information about the law firms, their practices, and their lawyers' experience are available

**Questions?**
**Call Mike Scimone or Olivia Quinto at:**
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
212-245-1000 or toll-free at 877-468-8836