```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MUHAMMAD ANWAR, individually and on behalf of all others similarly situated,

                           Plaintiffs,

               -against-

EXECUTIVE TRANSPORTATION GROUP, et al.,

                           Defendants.
-----------------------------------------------------------------X

1:13-cv-2666-GHW

ORDER

GREGORY H. WOODS, District Judge:

      In light of Plaintiffs' February 2, 2015 letter stating that all distributions under the parties' settlement agreement have been made, this case is hereby dismissed with prejudice in accordance with the Court's November 17, 2014 order approving that agreement. *See* Doc. 134 at ¶ 15. The Clerk of Court is instructed to close the case.

      SO ORDERED.

Dated: February 3, 2015
New York, New York

                                           _____
                                           GREGORY H. WOODS
                                         United States District Judge